JOHN J. O'KANE, JR., et al., Copartners, Doing Business as JOHN J. O'KANE, JR., & Co., Appellants, *v.* STATE OF NEW YORK, Respondent.

(Claim No. 24798.)

Submitted September 30, 1940; decided October 8, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 283 N. Y. 439.)

EDWARD FURMAN, Appellant, *v.* OLIVE G. FURMAN et al., Respondents.

Submitted September 30, 1940; decided October 8, 1940.

*Edward E. Hoenig* for motion.

*Jerome A. Strauss* and *William G. H. Acheson* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground appellant has failed to comply with section 591 of the Civil Practice Act.